## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### Clerk's Office – Trenton, NJ

DAVID URIARTE

                    Plaintiff,

v.                                           Case No.: 3:17–cv–06251–MAS–TJB

                                                 Judge Michael A. Shipp

STENGER & STENGER, P.C., et al.

                    Defendant.

### Order For Dismissal Pursuant to L.Civ.R. 41.1(a)

It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 21st day of May, 2018,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.

/s/ Michael A. Shipp
_____
MICHAEL A. SHIPP United States District Judge